UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: **3:24-cr-238** |
| v. | **FACTUAL BASIS** |
| (2) FAUSTO ODALIS REYES GUEVARA | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From at least as early as early as October 12, 2024 through October 15, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant, **FAUSTO ODALIS REYES GUEVARA**, knowingly combined, conspired, confederated, and agreed with Walter Chinchilla, to knowingly make false statements, in connection with the acquisition of firearms from licensed dealers, that were intended and likely to deceive such dealers, with respect to any fact material to the lawfulness of the sale of such firearms, in violation of Title 18, United States Code, Section 922(a)(6).

2. The purpose of the conspiracy was to evade federal firearms laws governing the sale of a firearm.

3. It was part of the conspiracy that Guevara asked Chinchilla to purchase a firearm on Guevara's behalf; that Guevara provided U.S. currency to purchase the firearm; that Guevara specified what firearm to purchase; and that Chinchilla provided false information in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 applications to purchase a firearm.

4. On or about October 12, 2024, Guevara sent a message to Chinchilla that Guevara needed a "17" and a white Beretta for a good price.

5. On or about October 14, 2024, Chinchilla entered Guns Too, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code located in Caldwell County, North Carolina.

6. On or about October 14, 2024, Chinchilla purchased a Beretta 92FS pistol from Guns Too.

7. When purchasing the firearm from Guns Too on October 14, 2024, Chinchilla answered "yes" to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?" on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, when in fact Chinchilla was purchasing the firearm for Guevara.

8. On or about October 14, 2024, Chinchilla entered Foothills Jewelry & Loan, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code located in Catawba County, North Carolina.

9. Chinchilla purchased a Glock 45 pistol from Foothills Jewelry & Loan.

10. When purchasing the firearm from Foothills Jewelry & Loan on October 14, 2024, Chinchilla answered "yes" to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?" on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, when in fact Chinchilla was purchasing the firearm for Guevara.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____  (Second Superseding) MPF DATED: 9/18/25
Mark Patrick Foster, Jr., Attorney for Defendant

3